UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LEON SCOTT,

Plaintiff,

-against-

N.Y.S. TROOPER EDWARD REISER (Individual Capacity), N.Y.S. TROOPER RYAN GASPARIE (Individual Capacity), N.Y.S.TROOPER BRADY CONDLIN (Individual Capacity), N.Y.S.TROOPER HARRY KERRY (Individual Capacity), and N.Y.S. TROOPER CHRISTOPHER ATKINS (Individual Capacity),

Defendants.
-----------------------------------------------------------x

**ORDER**

25 Civ. 8223 (JGLC) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

On May 29, 2026, the Court issued an Order of Service, directing the U.S. Marshals Service to effect service of summonses and the second amended complaint on the defendants named in that complaint, namely, Defendants Edward Reiser, Brady Condlin, Harry Kerry, and Christopher Atkins. ECF No. 12. To date, no proof of service has been filed on the docket. It is the Court's understanding that these defendants were each mailed a summons and a copy of the second amended complaint at the addresses specified in the Order of Service, but none of them returned the acknowledgement of service documentation to the U.S. Marshals Service.

A notice of appearance has been filed, however, by Assistant Attorney General Neil Shevlin, stating that he is appearing as counsel for Defendants Reiser, Condlin, and Kerry. ECF No. 18. The notice of appearance does not mention Defendant Atkins. The notice of appearance specifically requests to "[p]lease serve all papers and direct all further correspondence and/or electronic notices to [Mr. Shevlin]." *Id.*

Mr. Shevlin is hereby directed to file a letter **by no later than August 13, 2026**, informing the Court (i) whether he will accept service of the summonses and second amended complaint on behalf of Defendants Reiser, Condlin, and Kerry, or otherwise formally acknowledge that those defendants have been served already; (ii) whether he is representing Defendant Atkins; and (iii) if he is representing Defendant Atkins, whether he will accept service of the summons and second amended complaint on behalf of Defendant Atkins, or otherwise formally acknowledge that he has been served already.

After hearing from Mr. Shevlin, the Court will issue a second order of service, which will, at a minimum, address service of the third amended complaint on the newly named defendant, Ryan Gasparie. If Mr. Shevlin is not authorized to accept service on behalf of Defendants Reiser, Condlin, Kerry, and/or Atkins, or cannot otherwise formally acknowledge that those defendants have been served already, the second order of service will include further instructions regarding service on these defendants.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: August 6, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge